IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

CAREY LECELL ROSS,                         *

        Petitioner,                        *

v.                                         Case No.  5:25-cv-00070-MTT-CHW
                                           *

TAMIKA HARVEY,
                                           *

        Respondent.
_____        *

## J U D G M E N T

Pursuant to this Court's Order dated 5/9/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 9th day of May, 2025.

                                                  David W. Bunt, Clerk


                                                  s/ Erin Pettigrew, Deputy Clerk